IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK L. MARLOW,

    Plaintiff,

v.                            CASE NO. 4:13cv106-RH/CAS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER EXTENDING DEADLINES
## AND CONTINUING THE TRIAL

    IT IS ORDERED:

    1.    The joint motion to stay, ECF No. 27, is GRANTED.

    2.    The trial is rescheduled for the two-week trial period that begins on July 21, 2014. A party with a conflict must file a notice by March 21, 2014.

    3.    The deadline for filing a summary-judgment motion is extended to May 13, 2014.

    4.    The deadline for the attorney conference required by the Order for Pretrial Conference, ECF No. 24, is extended to June 9, 2014.

5. The deadline for filing the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference is extended to June 23, 2014.

6. By a separate notice, the clerk must reschedule the pretrial conference for the first available date on or after June 30, 2014.

SO ORDERED on March 7, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge